# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–28209–bam</u>**

**Chapter 7**

In re: (Name of Debtor)
    MICHELLE P GARCIA– CONTRERAS
    6120 MEADOWGRASS LANE
    LAS VEGAS, NV 89103

Social Security No.:
    xxx–xx–7023

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/8/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court